# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nike, Inc., <br><br>            Petitioners (ITC Complainants) <br><br> v. <br><br> adidas AG, adidas North America, Inc., adidas America, Inc., and adidas International Trade AG, <br><br>            Respondents (ITC Respondents). | Case: 1:22–mc–00057 <br> Assigned To : Sullivan, Emmet G. <br> Assign. Date : 6/9/2022 <br> Description: Misc. <br><br> Misc. No. _____ <br><br> **MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING LUCITE INTERNATIONAL** |

## MOTION OF PETITIONER FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING ALEXANDER TAYLOR

Petitioner Nike, Inc. ("Nike"), Complainants in *Certain Knitted Footwear*, Investigation No. 337-TA-1289 before the U.S. International Trade Commission ("the ITC Investigation"), hereby move for the Court to issue, under its seal and signature, the attached Letter of Requests on behalf of Nike to obtain recorded testimony from the following foreign third party:

Alexander Taylor
76 Old Dover Road
Canterbury, Kent
CT1 3AY

Nike moved in the ITC for the Administrative Law Judge to recommend that this Court issue a Letter of Request on behalf of Nike to obtain discovery from Alexander Taylor. Nike seeks deposition testimony for use at the hearing in this Investigation from Alexander Taylor to support its claims for patent infringement in the ITC Investigation. According to publicly available information, "London-based designer Alexander Taylor . . . played a part in creating the one-piece Primeknit upper[s]" accused of infringement in this matter. *Sneakers Mag*, "Footwear Designer

Alexander Taylor," available at: https://sneakers-magazine.com/alexander_taylor/ (last visited April 3, 2022). *See also adidas Group Magazine*, "How We Create the New" (2015), at 34, available at: https://www.adidas-group.com/media/filer_public/c3/72/c37278e8-39a2-416d-8170-e280e1944879/2015_magazin_en.pdf (alleging "Alexander Taylor [] came up with the idea of using knitting for sports footwear.") (last visited April 5, 2022). Specifically, "[i]n 2008 Alexander was invited to work on a project for adidas for the Olympic Games in 2012 . . . [and] PrimeKnit resulted and in turn became one of the most sustainable and [allegedly] innovative products ever produced by the [adidas] brand." Alexander Taylor website, available at: http://www.alexandertaylor.com/ (last visited April 7, 2022). As such, upon information and belief, Mr. Taylor is likely to have information relevant to the development of adidas' Primeknit technology which competes directly with Nike's Flynit products, information which is relevant to Nike's claim of patent infringement and which will be critical for the hearing. To comply with English procedural requirements, Nike has limited its motion to requesting testimony on which Nike intends to rely at the hearing, rather than the much broader range of material that would be available in discovery in the United States.

Administrative Law Judge Monica Bhattacharyya granted Nike's Motion on May 31, 2022, recommending that the United States District Court for the District of Columbia issue the Letter of Request (attached hereto as Appendix A).

For the reasons set forth more fully in the accompanying memorandum, Nike respectfully requests that the Court assign a Judge to this matter and expedite the issuance of the attached Letter of Request. The Court's urgent attention is requested because the period for fact discovery in the ITC investigation concludes on June 24, 2022 and trial is set to begin on October 11, 2022.

Dated:  June 8, 2022                           Respectfully submitted,

/s/ *Christopher J. Renk*
Christopher J. Renk (D.C. Bar No. 428239)
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison , Suite 4200
Chicago, IL  60602-4231
Tel: (312) 583-2300

Phillip W. Marsh (D.C. Bar No. 492706)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real, Suite 500
Palo Alto, CA 94306-3807
Tel: (650) 319-4500

*Counsel for Petitioner Nike, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nike, Inc., <br><br>   Petitioners (ITC Complainants) <br><br> v. <br><br> adidas AG, adidas North America, Inc., adidas America, Inc., and adidas International Trade AG, <br><br>   Respondents (ITC Respondents). | **Misc. No.** _____ |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER'S MOTION SEEKING RECOMMENDATION TO THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE A LETTER OF REQUEST**

Petitioner Nike, Inc. ("Nike"), Complainant in *Certain Knitted Footwear*, Investigation No. 337-TA-1289 before the U.S. International Trade Commission ("the ITC Investigation"), hereby move for the Court to issue, under its seal and signature, the attached Letter of Requests on behalf of Nike to obtain recorded testimony from the following foreign third party:

 Alexander Taylor
 76 Old Dover Road
 Canterbury, Kent
 CT1 3AY

Nike moved in the ITC for the Administrative Law Judge to recommend that this Court issue a Letter of Request on behalf of Nike to obtain discovery from Alexander Taylor. On May 31, 2022, Administrative Law Judge Monica Bhattacharyya, based on her knowledge of this case, signed an order recommending that the U.S. District of Columbia issue the Letter of Request on Behalf of Nike (Appendix A).

4

The Letter of Request solicits assistance from the Central Authority or England and Wales to obtain certain testimony from Alexander Taylor for use at the hearing in this investigation. Nike respectfully requests that the Court issue the attached Letter of Request. The following documents are attached to this Memorandum:

- Proposed Order

- Appendix A: Order No. 11, Recommendation to the District Court for the District of Columbia to Issue a Letter of Request Authorizing Discovery in the United Kingdom, signed by Administrative Law Judge Monica Bhattacharyya

- Appendix B: Letter of Request by the District Court for the District of Columbia on behalf of Nike

    - Exhibit 1: Protective Order

    - Exhibit 2: Topics for the Deposition of Alexander Taylor

    - Exhibit 3: Ground Rules

    - Exhibit 4: Public Amended Complaint

In support of this Motion, Nike respectfully states as follows:

**I.   THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA HAS AUTHORITY TO ISSUE LETTERS OF REQUEST UNDER THE HAGUE CONVENTION**

The Hague Convention on Taking of Evidence Abroad in Civil or Commercial Matters ("the Hague Convention") provides that "[i]n civil or commercial matters a judicial authority of a Contracting State may, in accordance with the provisions of the law of that State, request the competent authority of another Contracting State, by means of a Letter of Request, to obtain evidence, or to perform some other judicial act." Hague Convention, Art. 1. The United States and the United Kingdom are parties to the Hague Convention. The United Kingdom ratified the Hague Convention on July 16, 1976; the United States ratified the Hague Convention on August 8, 1972. *See* Hague Conf. on Private Int'l Law, *Status Table*, available at:

https://www.hcch.net/en/instruments/conventions/status-table/?cid=82 (last updated Mar. 1, 2019).  The Hague Convention authorizes the District Court for the District of Columbia to issue the Letter of Request.  28 U.S.C. § 1781(b)(2) (permitting "the transmittal of a letter rogatory or request directly from a tribunal in the United States to the foreign or international tribunal, officer, or agency to whom it is address and its return in the same manner"); *see Société Nationale Industrielle Aérospatiale v. U.S. Dist. Court for the S. Dist. of Iowa*, 482 U.S. 522, 535 (1987) ("a judicial authority in one contracting state 'may' forward a letter of request to the competent authority in another contracting state for the purpose of obtaining evidence"); *Certain Home Vacuum Packaging Machs.,* Inv. No. 337-TA-496, Order No. 39, at 3 (Jan. 12, 2004) (granting motion to approve requests for international judicial assistance in procuring evidence, where the ALJ found the procedure was "likely to be the only effective means of obtaining needed information"), upheld with amendment, Comm'n Order (Mar. 24, 2004).  The Hague Convention established a system, based on international comity, to enable a requesting state to obtain evidence from a foreign entity in a manner "tolerable" to the state executing the request.  *See Société Nationale,* 482 U.S. at 530.

Although the Administrative Law Judge can directly issue letters of request, the Central Authority for England and Wales is more likely to respond to a Letter of Request from a District Court because the latter will be recognized as originating from a civil case rather than an administrative case.  *See* U.S. Dep't of State, *Preparation of Letters Rogatory*, https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/obtaining-evidence/Preparation-Letters-Rogatory.html (last visited Apr. 1, 2019).  Accordingly, Nike requests that the Court issue the attached Letter of Request to the Central Authority for England and Wales on behalf of Nike.  *See, e.g.*, *Certain Wireless Devices With*

*3G Capabilities & Components Thereof* Inv. No. 337-TA-800, Order No. 21 (May 3, 2012) (granting complainants' motion for issuance of a Letter of Request to obtain documents and deposition testimony from a third party located in England); *Luzzi v. ATP Tour, Inc.,* No. 3:09-cv-1155-J-32MCR, 2010 U.S. Dist. LEXIS 26296, at *2-4 (M.D. Fla. Mar. 2, 2010) (granting motion for issuance of letters rogatory and issuing letters of request to depose non-party witnesses in England, Belgium, and Switzerland); *Miller v. Holzmann*, No. 95-1231, 2006 WL 3093122 (D.D.C. Oct. 31, 2006) (granting motion to issue Letters of Request to Germany under Hague Convention).

II.     THE WITNESS IS LOCATED IN ENGLAND

Nike, in connection patent infringement claims concerning adidas's footwear with knitted uppers currently pending in the ITC Investigation, seeks to compel the deposition testimony of footwear designer, Alexander Taylor. According to publicly available information, "London-based designer Alexander Taylor . . . played a part in creating the one-piece Primeknit upper[s]" accused of infringement in this matter. *Sneakers Mag*, "Footwear Designer Alexander Taylor," available at: https://sneakers-magazine.com/alexander_taylor/ (last visited April 3, 2022). *See also adidas Group Magazine*, "How We Create the New" (2015), at 34, available at: https://www.adidas-group.com/media/filer_public/c3/72/c37278e8-39a2-416d-8170-e280e1944879/2015_magazin_en.pdf (alleging "Alexander Taylor [] came up with the idea of using knitting for sports footwear.") (last visited April 5, 2022). Specifically, "[i]n 2008 Alexander was invited to work on a project for adidas for the Olympic Games in 2012 . . . [and] PrimeKnit resulted and in turn became one of the most sustainable and [allegedly] innovative products ever produced by the [adidas] brand." Alexander Taylor website, available at: http://www.alexandertaylor.com/ (last visited April 7, 2022). As such, upon information and belief, Mr. Taylor is likely to have information relevant to the development of adidas' Primeknit

technology, information which is relevant to Nike's claims of patent infringement and which will be critical for the evidentiary hearing in that case.  In addition, this information is unobtainable through other means because it is solely within Mr. Taylor's possession or knowledge and he is located in England, which is beyond the scope of the Commission's subpoena power.  Nike has attempted to obtain this information from Mr. Taylor voluntarily, however he has not responded to Nike's request.

### III.     ARGUMENT

The issuance of the Letter of Request is warranted for several reasons.  *First*, the deposition testimony requested in the Letter of Request is highly relevant to Nike's allegations in this investigation.  Nike's complaint alleges that Respondents violate Section 337 by importing products that infringe six U.S. Patents owned by Nike related to footwear with knitted uppers, including adidas's Primeknit footwear.  Nike seeks deposition testimony tailored to the development of the products accused on infringement in this investigation.  Nike anticipates that the requested testimony will be material to the issues of patent infringement as well as adidas's attempts to design around the asserted patents in this investigation.  Nike does not seek information that, if disclosed, would compromise the security of England.  Nike is unable to obtain the requested deposition testimony by any other means because the knowledgeable witness is located in England, beyond the reach of the Commission's subpoena power.  Nike's ability to prove infringement of the asserted patents in this investigation will be prejudiced if it is unable to obtain the requested deposition testimony from Mr. Taylor.

Nike is fully prepared to meet the procedural requirements for compelling testimony from Mr. Taylor through a Letter of Request.  The steps required to obtain judicial assistance are:

- Obtain a Letter of Request with a District Court judge's signature and the District Court's seal.

- The Letter of Request must include the identities of the parties, the nature of the proceedings, the material sought, special procedures, the identity of the party that will bear any costs, and other information as recommended by the Hague Convention.  *See Hague Convention, Model for Letters of Request recommended for use in applying the Hague Convention*, available at: https://assets.hcch.net/upload/actform20e.pdf (last visited Apr. 3, 2022).

- Nike must transmit the Letter of Request to the Central Authority for England and Wales for enforcement in a British Court.

Accordingly Nike respectfully requests that the Court grant Nike's motion and issue Nike's Letter of Request to the Central Authority for England and Wales.

Dated:  June 8, 2022                                        Respectfully submitted,

/s/ *Christopher J. Renk*
Christopher J. Renk (D.C. Bar No. 428239)
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison , Suite 4200
Chicago, IL  60602-4231
Tel: (312) 583-2300

Phillip W. Marsh (D.C. Bar No. 492706)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real, Suite 500
Palo Alto, CA 94306-3807
Tel: (650) 319-4500

C*ounsel for Petitioner*, *Nike, Inc.*

9